# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 317 EAL 2021

    Respondent

    :   Petition for Allowance of Appeal
    :   from the Order of the Superior Court

    v.

WAYNE PRATER,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :   No. 318 EAL 2021

    Respondent

    :   Petition for Allowance of Appeal
    :   from the Order of the Superior Court

    v.

WAYNE PRATER,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :   No. 319 EAL 2021

    Respondent

    :   Petition for Allowance of Appeal
    :   from the Order of the Superior Court

    v.

WAYNE PRATER,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :   No. 320 EAL 2021

    Respondent

    :   Petition for Allowance of Appeal
    :   from the Order of the Superior Court

    v.

WAYNE PRATER,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    No. 321 EAL 2021

        Respondent

                    Petition for Allowance of Appeal
                    from the Order of the Superior Court

        v.

WAYNE PRATER,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    No. 322 EAL 2021

        Respondent

                    Petition for Allowance of Appeal
                    from the Order of the Superior Court

        v.

WAYNE PRATER,

        Petitioner

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.

[317 EAL 2021, 318 EAL 2021, 319 EAL 2021, 320 EAL 2021, 321 EAL 2021 and 322 EAL 2021] - 2